IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Reese, Lillian

Printed:  7/22/08

Case Number:  04 B 46490
Judge:  Wedoff, Eugene R
Filed:  12/17/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed:  June 5, 2008
Confirmed:  February 3, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 9,885.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 7,998.16 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,405.20 |
| Trustee Fee: |  | 481.64 |
| Other Funds: |  | 0.00 |
| Totals: | 9,885.00 | 9,885.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 1,405.20 | 1,405.20 |
| 2. | Portfolio Recovery Associates | Unsecured | 5,801.95 | 2,067.79 |
| 3. | ECast Settlement Corp | Unsecured | 7,457.75 | 2,657.88 |
| 4. | Resurgent Capital Services | Unsecured | 9,182.40 | 3,272.49 |
| 5. | BP Amoco | Unsecured | | No Claim Filed |
| 6. | Ford Citibank | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 23,847.30 | $ 9,403.36 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 19.12 |
| 4% | 17.19 |
| 3% | 43.82 |
| 5.5% | 121.02 |
| 5% | 41.25 |
| 4.8% | 105.59 |
| 5.4% | 133.65 |
| | _____ |
| | $ 481.64 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Reese, Lillian

Printed:  7/22/08

Case Number:  04 B 46490
Judge:  Wedoff, Eugene R
Filed:  12/17/04

Based on the above information, the trustee requests that the court enter an order discharging
the trustee, releasing the trustee's surety from liability for actions relating to the above
proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

